FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES JOSEPH REEVIS, V,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EASTERN STATE HOSPITAL,<br><br>　　　　　　　　Defendant. | NO: 2:24-CV-0066-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS |

    Plaintiff Charles Joseph Reevis, V, initiated this action on February 26, 2024, while civilly detained at the Eastern State Hospital. ECF No. 1. Plaintiff did not pay the $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee) to commence this action or properly seek leave to proceed *in forma pauperis*.

    On March 27, 2024, this Court issued an Order to Comply with Filing Fee/*In Forma Pauperis* Requirements within thirty days. *See* ECF No. 5. Specifically, the Court directed Plaintiff that if he wished to proceed with this action without prepayment of the filing fee, then he must complete and file the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), as required

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 1

by 28 U.S.C. § 1915(a)(1). *Id.* at 2. In the alternative, Plaintiff could have paid the full $405.00 fee to commence this action. *Id.* The Court cautioned Plaintiff that his failure to comply with the Order would be construed as his consent to the dismissal of his action. *Id.* at 3. He has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 4, **IT IS ORDERED**:

(1) This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

(2) The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at this last known address, and **CLOSE** the file.

**DATED** May 7, 2024.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 2