AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHARLES JOSEPH REEVIS, V,

## May 07, 2024

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| EASTERN STATE HOSPITAL, | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.   2:24-CV-0066-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  This action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge      Thomas O. Rice _____

Date:  5/7/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Lee Reams _____

*(By) Deputy Clerk*

Lee Reams _____